In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00054-CR**
**NO. 09-14-00055-CR**
**NO. 09-14-00057-CR**

_____

**ROMALODY ALONZO MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 12-15465, 12-15466, 12-15468**

**MEMORANDUM OPINION**

Romalody Alonzo Moore appealed from three sentences pronounced on December 6, 2013. In each case, the notice of appeal was filed on January 15, 2014, more than thirty days from the date of sentencing. We notified the parties that the notice of appeal did not appear to have been timely filed in any of the cases. We received no response.

The Court finds that the notice of appeal was not timely filed in each case. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3 in any of the cases. It does not appear that the appellant obtained an out-of-time appeal from the Court of Criminal Appeals in any of the cases. The Court finds it is without jurisdiction to entertain these appeals. Accordingly, we dismiss the appeals for want of jurisdiction.

APPEALS DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered March 26, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.

2